JOSEPH SAINT et al., Appellants, v SYRACUSE SUPPLY COMPANY, Respondent.

Submitted February 18, 2014; decided April 8, 2014

Motion by the New York State Trial Lawyers Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JOMO WILLIAMS, Appellant, v R.A.W. et al., Respondents.

Submitted March 10, 2014; decided April 8, 2014

Motion for reargument denied [*see* 22 NY3d 1060 (2014)].